Commonwealth *v.* Cintron, Appellant.

Submitted April 17, 1972. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Robert P. Grim,* for appellant.

*Grant E. Wesner,* Deputy District Attorney, and *Robert L. Van Hoove,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, May 25, 1972:
Order affirmed.